# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY FRANCES FISHER,** | NO. LA CV 14-04450-VBF (MAN) |
| Petitioner, | **RULE 58 JUDGMENT** |
| v. | |
| MICHAEL PLANET, | |
| Respondent. | |

Final judgment is hereby entered in favor of the respondent and against the petitioner.

DATED: September 18, 2014

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE